1
2
3                     UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7   KERRY MAININI,                          Case No.  14-cv-03205-BLF
           Plaintiff,
8                                           **CASE MANAGEMENT ORDER**
9      v.
10  DONA LISA JOHNSON,
           Defendant.
11
12
13      On December 11, 2014, the parties appeared before Judge Beth Labson Freeman for a Case
14  Management Conference.
15      IT IS HEREBY ORDERED that the following schedule shall apply in this case:
16

| EVENT | DATE OR DEADLINE |
|---|---|
| Initial Disclosure Deadline | 01/23/2015 |
| Last Day to Amend Pleadings or Add Parties | 03/02/2015 |
| Last Day to Disclose Experts | 06/01/2015 |
| Fact Discovery Cut-Off | 08/03/2015 |
| Expert Discovery Cut-Off | 08/17/2015 |
| Last Day to Hear Dispositive Motions | 10/15/2015 at 9:00 am. |
| Final Pretrial Conference | 01/14/2016 at 2:30 pm. |
| Trial | 01/25/2016 at 9:00 am. |

26
27
28

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT this case is referred to Magistrate Judge Cousins for
6  settlement conference/mediation.

Dated:  December 16, 2014

_____
BETH LABSON FREEMAN
United States District Judge